USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1546 UNITED STATES, Appellee, v. ALTON N. GRAY, JR., a/k/a DAN GRAY, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior District Judge] Before Torruella, Chief Judge, Selya and Boudin, Circuit Judges.   Alton N. Gray, Jr. on brief pro se. Paul M. Gagnon, United States Attorney and Jean B. Weld,Assistant U.S. Attorney on Motion for Summary Disposition.December 1, 1998   Per Curiam. We have reviewed carefully the record in this case, including the briefs of the parties. We affirm. Since the record indicates that Gray received notice of the government's impending seizure of the property at 412 Granite Street both in his indictment and in his plea agreement, his claim that he was not given adequate notice is without merit. Moreover, there is nothing in the record to indicate that, with the exception of a "hot tub and spa" and a "solar dome for the spa," any of the items sought by Gray were ever seized by the government. While the record indicates that the spa and its dome were seized, as appurtenances to the property they were properly returned to the bank which held the mortgage on 421 Granite Street. In any event, any claim Gray might have had to these items was abandoned in his plea agreement. Affirmed. See 1st Cir. Loc. R. 27.1.